IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUINCY BERNARD JONES, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00196-TES |
| | * |
| FEATHERSTONE CONDOMINIUM HOMEOWNERS ASSOCIATION INC et al., | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 12th day of June, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk